No. 104—2374. Kuhl v. Illinois Staats Zeitung Co. An action of debt upon an appeal bond. Upon the trial the jury found the issues for the plaintiff, and judgment was rendered accordingly. The order giving plaintiff leave to supply the lost declaration and the denying defendant's motion for a continuance after the trial had begun, were matters within the discretion of the court, and the case fails to show any abuse of such discretion. The motion to suppress the deposition of a witness because the title of the case was not correctly given in the notice of plaintiff to defendants, of the taking it, was not made until after the trial had begun, and the deposition had been used in evidence without objection. That was manifestly too late. Affirmed. Opinion PER CURIAM. Judge below, ROLLIN S. WILLIAMSON. Attorneys, for appellant, Mr. J. BURNHAM; for appellee, Mr. ARNOLD HEAP and Mr. LORENZO C. BROOKS. Opinion filed July 28, 1886.